```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
                 CIVIL NO. 09-00130 PAM/AJB
```

Jehad Aarda,                        )
                                    )
    Petitioner/Plaintiff,       )
                                    )
  v.                                )      **ORDER OF DISMISSAL**
                                    )
United States Citizenship and       )
Immigration Services, et al.,       )
                                    )
    Respondents/Defendants.)

This matter came before the Court on the Stipulation to Dismiss, which stipulation is incorporated herein by reference, and the Court being duly advised hereby orders that this action shall be dismissed in accordance with the conditions set forth in the stipulation.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action shall be dismissed as follows:

1. This action shall be dismissed ***with prejudice*** as to any and all claims brought or which could have brought by Plaintiff/Petitioner in this action including but not limited to any and all claims arising out of the denial of Plaintiff/Petitioner's application for naturalization and the administrative appeal thereof;

2. This dismissal shall be ***without prejudice*** to the

Plaintiff/Petitioner's submitting an application for naturalization (N-400) to the U.S. Citizenship & Immigration Services after this order of dismissal of this action; and

3. Each party shall bear its own attorney's fees, costs, and disbursements in this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date: February 5, 2010

s/Paul A. Magnuson<br>
Paul A. Magnuson, Judge<br>
United States District Court